USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/7/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VERE, <br><br> Plaintiff, <br><br> -against- <br><br> JOHN DOE and J.B. HUNT TRANSPORT, INC., <br><br> Defendants. | 21-cv-8871 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendant's letter representing that the parties have settled. ECF No. 7. As Plaintiff has yet to appear, Defendant shall file proof of settlement from Plaintiff no later than **December 10, 2021**.

**SO ORDERED.**

Dated:   December 7, 2021
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**